| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| POSNER, RICHARD A. | U S COURT OF APPEALS 7th CIRC | 05/11/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE U S CIRCUIT JUDGE | Nomination, Date  ☐<br>Initial ☐  Annual ☑  Final ☐ | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S DEARBORN CHICAGO IL 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SENIOR LECTURER | UNIVERSITY OF CHICAGO LAW SCHOOL |
| 2. TRUSTEE | TRUST ██████████ |
| 3. CHAIRMAN OF HOUSE COMMITTEE | UNIVERSITY OF CHICAGO QUADRANGLE CLUB (FACULTY CLUB) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Posner_Richard_A

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | UNIVERSITY OF CHICAGO LAW SCHOOL; PART TIME TEACHING | $24,870.00 |
| 2. 2008 | HARVARD UNIVERSITY PRESS; ROYALTIES | $8,832.56 |
| 3. 2008 | ASPEN PUBLISHERS; ROYALTIES | $33,121.00 |
| 4. 2008 | UNIVERSITY OF CHICAGO PRESS; ROYALTIES | $4,639.58 |
| 5. 2008 | OXFORD UNIVERSITY PRESS (ENGLAND); ROYALTIES | $4,513.01 |
| 6. 2008 | EDWARD ELGAR PUBLISHING; ROYALTIES | $4,191.00 |
| 7. 2008 | NEW YORK TIMES; ROYALTIES | $250.00 |
| 8. 2008 | STANFORD UNIVERSITY; ROYALTIES | $59.84 |
| 9. 2008 | COPYRIGHT CLEARANCE CENTER; ROYALTIES | $828.06 |
| 10. 2008 | THOMSOM / WEST PUBLISHERS; ROYALTIES | $28.77 |
| 11. 2008 | THE AUTHORS' REGISTRY; ROYALTIES | $960.18 |
| 2. 2008 | BETH VESEL LITERARY AGENCY; ROYALTIES | $1,027.00 |
| 3. 2008 | MICHAEL KINSLEY; ROYALTIES | $9,930.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 05/11/2009 |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*'Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

FINANCIAL DISCLOSURE REPORT                    Richard A. Posner
(2008)

IV. REIMBURSEMENTS

SOURCE                                          DESCRIPTION

1.  University of Chicago         1/25          Washington, DC; Conference;
                                                transportation, hotel & food

2.  University of Chicago         1/27 to 1/28  New York, NY; Meetings/Speaker;
                                                transportation, hotel & food

3.  Stanford University           1/29          New York; NY; Meeting;
                                                transportation, hotel & food

4.  Harvard University            1/30 to 2/2   Cambridge, MA; Seminar;
                                                transportation, hotel & food

5.  Fordham University            3/08 to 3/09  New York, NY; Moot Court;
                                                transportation, hotel & food;
                                                ██████████

6.  Columbia Law School           3/10 to 3/11  New York, NY; Speaker;
                                                hotel

7.  World Bank                    3/12 to 3/13  Washington, DC; Seminar;
                                                transportation, hotel & food

8.  AFCEA                         4/15 to 4/16  Washington, DC; Meeting;
                                                transportation, hotel & food

9.  University of Pennsylvania    4/17 to 4/19  Philadelphia, PA; Conference;
                                                transportation, hotel & food

10. Seventh Circuit Court of Appeals  5/19 to 5/20  Chicago, IL; Conference;
                                                food

11. The Federalist Society        11/21 to 11/22  Washington, DC; Panel Member;
                                                transportation, hotel & food

12. Columbia Law School           11/23 to 11/24  New York, NY; Speaker;
                                                transportation, hotel & food

13. Cardozo School of Law         11/30 to 12/01  New York, NY; Moot Court;
                                                transportation, hotel & food;
                                                ██████

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNTS AND MUTUAL FUNDS: | | | | | | | | | |
| 2. DWS MANAGED MUNI BOND FUND - | D | Dividend | M | T | Redeemed (part) | 05/27 | K | A | |
| 3. VANGUARD INTERMEDIATE TERM TAX EXEMPT ADM FUND | B | Dividend | | | Buy | 01/15 | J | | |
| 4. | | | | | Sold | 05/27 | M | E | |
| 5. VANGUARD 500 INDEX ADM FUND | D | Dividend | N | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. BLACKROCK NAT'L MUNI FUND (PREV MUNI INS INSTL) | A | Dividend | K | T | | | | | |
| 9. BLACKROCK NAT'L MUNI INSTL FUND | A | Dividend | K | T | | | | | |
| 10. NUVEEN MUNI MARKET OPPORTUNITY FUND | B | Dividend | K | T | | | | | |
| 11. BLACKROCK MUNI 2018 FUND | A | Dividend | J | T | | | | | |
| 12. BLACKROCK GLOBAL ALLOCATION FUND A | A | Dividend | J | T | | | | | |
| 13. BLACKROCK GLOBAL ALLOCATION FUND B | A | Dividend | J | T | | | | | |
| 14. NUVEEN INSURED QUALITY MUNI FUND | B | Dividend | J | T | | | | | |
| 15. NUVEEN SELECT QUALITY MUNI FUND | A | Dividend | J | T | | | | | |
| 16. KEOGH RETIREMENT ACCOUNT: | | | | | | | | | |
| 17. BLACKROCK BASIC VALUE FUND A ( FORMERLY ML BASIC VALUE FUND) | | | | | Merged (with line 37) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | reporting | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A | (2) | | | | | | | |

**29.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DWS GNMA FUND | D | Dividend | M | T | | | | | |
| **32.** DWS MANAGED MUNI BOND FUND - ● | C | Dividend | L | T | | | | | |
| DWS GROWTH & INCOME FUND -● | A | Dividend | | | Sold | 04/18 | J | A | |
| DWS SHORT DURATION PLUS FUND - ● | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5.001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWS CLIMATE CHANGE FUND - ● | | None | J | T | Buy | 04/18 | J | | |
| 36. KEOGH RETIREMENT ACCOUNTS: | | | | | | | | | |
| 37. BLACKROCK BASIC VALUE FUND A | E | Dividend | O | T | | | | | |
| 38. BLACKROCK GLOBAL ALLOCATION FUND A | B | Dividend | K | T | BUY | 04/23 | J | | |
| 39. MLBANK USA RASP ACCOUNT | A | Dividend | J | T | BUY | 04/11 | J | | |
| 40. | | | | | SELL | 04/23 | J | | |
| 41. I R A ACCOUNT #1: | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 44. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND B | | None | J | T | | | | | |
| 45. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND A | | None | J | T | | | | | |
| 46. ML BANK USA RASP ACCOUNT | A | Dividend | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. I R A ACCOUNT #2: | | | | | | | | | |
| 49. ML BANK USA RASP ACCOUNT | A | Dividend | K | T | | | | | |
| 50. CERTIFICATE OF DEPOSIT WILMINGTON TRUST CO | B | Interest | K | T | Buy | 10/13 | K | | |
| 51. BLACKROCK PACIFIC FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CERTIFICATE OF DEPOSIT CIT BANK | A | Interest | | | Matured | 05/21 | K | | |
| 53. CERTIFICATE OF DEPOSIT GMAC BANK | B | Interest | | | Matured | 12/19 | K | | |
| 54. BLACKROCK BASIC VALUE FUND | A | Dividend | K | T | | | | | |
| 55. BLACKROCK GLOBAL ALLOC FUND | B | Dividend | K | T | | | | | |
| 56. BLACKROCK VALUE OPPORTUNITY FUND | | None | K | T | | | | | |
| 57. CERTIFICATE OF DEPOSIT WASHINGTON MUTUAL BANK | A | Interest | | | Buy | 06/09 | K | | |
| 58. | | | | | Matured | 09/19 | K | | |
| 59. BLACKROCK GLOBAL DYNAMIC EQUITY FUND | A | Dividend | L | T | | | | | |
| 60. BLACKROCK LATIN AMERICA FUND | | None | J | T | | | | | |
| 61. AMERICAN FUNDS INTERMIDIATE BOND FUND A | C | Dividend | L | T | | | | | |
| 62. AMERICAN FUNDS INTERM BOND FUND OF AMERICA B | | None | | | Merged (with line 61) | 01/01 | J | | |
| 63. BLACKROCK TOTAL RETURN FR (FORMERLY INST BOND FD) | C | Dividend | L | T | | | | | |
| 64. | | | | | | | | | |
| 65. CATS SERIES Q ZERO COUPON BOND | A | Interest | | | Matured | 05/15 | J | | |
| 66. U S TREASURY STRIP ZERO COUPON BOND | | None | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. RETIREMENT ACCOUNTS: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD 500 INDEX FUND - INVESTOR CLASS | B | Dividend | M | T | Buy | 12/31 | J | | |
| 70. TIAA CREF RETIREMENT ANNUITIES | E | Dividend | P1 | T | | | | | |
| 71. TIAA REAL ESTATE FUND | | None | N | T | | | | | |
| 72. TIAA CREF STOCK MUTUAL FUND ● RA RETIREMENT) | | None | O | T | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. BANK FINANCIAL (BANK ACCOUNT) | A | Interest | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A.   - | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544